| | |
|---|---|
| 1 | **Mark E. Haddad (SBN 205945), mhaddad@sidley.com** |
| | **David R. Carpenter (SBN 230299), drcarpenter@sidley.com** |
| 2 | **SIDLEY AUSTIN LLP** |
| | **555 West Fifth Street** |
| 3 | **Los Angeles, California 90013** |
| | **Telephone:  (213) 896-6000** |
| 4 | **Facsimile:  (213) 896-6600** |
| 5 | **Marie L. Fiala (SBN 79676), mfiala@sidley.com** |
| | **SIDLEY AUSTIN LLP** |
| 6 | **555 California Street, Suite 2000** |
| 7 | **San Francisco, California 94104** |
| | **Telephone: (415) 772-1200** |
| 8 | **Facsimile: (415) 772-7400** |
| 9 | **Jonathan F. Cohn (*pro hac vice* application pending),** |
| | **jcohn@sidley.com** |
| 10 | **1501 K Street, N.W.** |
| | **Washington, D.C. 20005** |
| 11 | **Telephone: (202) 736.8000** |
| | **Facsimile: (202) 736.8711** |
| 12 | |
| 13 | **Attorneys For Defendants** |
| | **Bayer Corporation and Bayer Healthcare LLC** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, a non-profit membership organization, on behalf of itself and its members,<br><br>            Plaintiffs,<br><br>     v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE LLC.; and DOES 1-10,<br><br>            Defendants. | Case No.  _No. 09-cv-05379-JSW<br>Assigned to:   Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS BAYER CORPORATION AND BAYER HEALTHCARE LLC**<br><br>**Complaint Filed:**   September 30, 2009<br>**Case Removed:**      November 13, 2009<br><br>**Date:**     February 19, 2010<br>**Time:**    9:00 a.m.<br>**Place:**    Courtroom 11 |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS, CASE NO. 09-5379 JSW**

**ORDER**

The Motion to Dismiss by Defendants Bayer Corporation and Bayer Healthcare LLC having come on for hearing, and after considering all papers and pleadings on file hereon, and the argument of counsel at the hearing of this motion, and having found that Plaintiff's Complaint fails to state a claim upon which relief can be granted, IT IS HEREBY ORDERED THAT the Motion to Dismiss is GRANTED, and the Complaint is DISMISSED WITH PREJUDICE.  The Clerk shall enter judgment and close the case.

Dated:  _____               _____
                                           Honorable Jeffrey S. White
                                           District Court Judge

Respectfully submitted,

SIDLEY AUSTIN LLP
Mark E. Haddad
David R. Carpenter
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Marie L. Fiala
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Jonathan F. Cohn
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736.8000
Facsimile: (202) 736.8711

*Attorneys For Defendants*
*Bayer Corporation and Bayer Healthcare LLC*