| | |
|---|---|
| 1 | **Mark E. Haddad (SBN 205945), mhaddad@sidley.com** |
| | **David R. Carpenter (SBN 230299), drcarpenter@sidley.com** |
| 2 | **SIDLEY AUSTIN LLP** |
| | **555 West Fifth Street** |
| 3 | **Los Angeles, California 90013** |
| | **Telephone:  (213) 896-6000** |
| 4 | **Facsimile:  (213) 896-6600** |
| 5 | **Marie L. Fiala (SBN 79676), mfiala@sidley.com** |
| | **SIDLEY AUSTIN LLP** |
| 6 | **555 California Street, Suite 2000** |
| 7 | **San Francisco, California 94104** |
| | **Telephone: (415) 772-1200** |
| 8 | **Facsimile: (415) 772-7400** |
| 9 | **Jonathan F. Cohn (*pro hac vice* application pending),** |
| | **jcohn@sidley.com** |
| 10 | **1501 K Street, N.W.** |
| | **Washington, D.C. 20005** |
| 11 | **Telephone: (202) 736.8000** |
| | **Facsimile: (202) 736.8711** |
| 12 | |
| 13 | **Attorneys For Defendants** |
| | **Bayer Corporation and Bayer Healthcare LLC** |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, a non-profit membership organization, on behalf of itself and its members, | ) ) ) ) ) | Case No. CV-09-5379 JSW |
| | | Assigned to: Hon. Jeffrey S. White |
| | | **PROOF OF SERVICE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) | |
| BAYER CORPORATION; BAYER HEALTHCARE LLC.; and DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**PROOF OF SERVICE**
**CASE NO. CV-09-5379 JSW**

# PROOF OF SERVICE

I, Theresa L. Scuffil, declare I am over the age of 18 years, and not a party to this action. My place of employment and business address is 555 California Street, San Francisco, California 94104.

On November 20, 2009, I served copies of document(s) entitled:

**NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS BAYER CORPORATION AND BAYER HEALTHCARE LLC;**

**NOTICE OF PENDENCY OF OTHER ACTION BY DEFENDANTS BAYER CORPORATION AND BAYER HEALTHCARE LLC;**

**AND**

**PROOF OF SERVICE.**

on the following individuals and entities, as addressed below, via U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, San Francisco, California. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.:

Stephen Gardner
Center for Science in the Public Interest
5646 Milton Street, Suite 211
Dallas, Texas 75206

Additionally, SERVICE BY ELECTRONIC MEANS of the above document(s) was effected by the Court, from email address ECF-CAND@cand.uscourts.gov, upon the following email addressees at the following firms:

**The Mills Law Firm**
harry@millslawfirm.com

1 | I declare under penalty of perjury under the laws of the United States of America and
2 | the State of California that the foregoing is true and correct.

Executed on November 20, 2009, at San Francisco, California.

          /s/ Theresa L. Scuffil
          Theresa L. Scuffil

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **documents**. In compliance with General Order 45.X.B., I hereby attest that the other signatories concurred in this filing.

DATED: November 20, 2009      SIDLEY AUSTIN LLP

By: /s/ Mark E. Haddad
    Mark E. Haddad
    SIDLEY AUSTIN LLP
    555 West Fifth Street
    Los Angeles, CA 90013
    Telephone: 213-896-6000
    Facsimile: 213-896-6600

Attorneys for Defendants **Bayer Corporation and Bayer HealthCare LLC**