IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER CORPORATION, BAYER HEALTHCARE LLC., and DOES 1-10,<br><br>    Defendants. | No. C 09-05379 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

    This matter is set for a hearing on February 19, 2010 on Defendants Bayer Corporation and Bayer Healthcare LLC's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 14, 2009 and a reply brief shall be filed by no later than December 21, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 30, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE