IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**, a non-profit membership organization, on behalf of itself and on behalf of its members,

Plaintiff,

vs.

**BAYER CORPORATION, BAYER HEALTHCARE LLC, and DOES 1-10**,

Defendants.

No.     C 09-05379-JSW

~~(PROPOSED)~~ ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS

The parties having stipulated to a proposed modification of the briefing schedule set by the Court's Order Setting Briefing Schedule on Motion to Dismiss (Doc. 17), the Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 5, 2010 and a reply brief shall be filed by no later than January 25, 2010.

**IT IS SO ORDERED.**

DATED:  December  8 , 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE