UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, a non-profit membership organization, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE LLC.; and DOES 1-10,<br><br>Defendants. | Case No. _No. 09-cv-05379-JSW<br>Assigned to:   Hon. Jeffrey S. White<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS |

The parties having stipulated, pursuant to Federal Rule of Civil Procedure 15(a)(2) and (a)(3) and Local Rule 6-2, to the filing of the Amended Complaint and setting of a briefing schedule on a Motion to Dismiss the Amended Complaint, the COURT HEREBY ORDERS as follows:

1. The Amended Complaint is accepted as filed January 5, 2010.

2. Defendants' Motion to Dismiss the original complaint, previously set for hearing February 19, 2010, at 9:00 a.m., is taken off calendar;

3. Defendants shall file a Motion to Dismiss the Amended Complaint by no later than January 25, 2010.

4. Any opposition to the Motion to Dismiss the Amended Complaint shall be filed by no later than February 25, 2010.

5. Any reply brief shall be filed by no later than March 11, 2010.

6. The hearing on the Motion to Dismiss the Amended Complaint is hereby set for March 26, 2010, at 9:00 a.m.

7. The Case Management Conference, previously set for March 5, 2010, shall be accordingly reset for ___May 7, 2010_____ at 1:30 p.m., and the parties shall file a joint case management statement five courts days prior thereto.

**IT IS SO ORDERED.**

DATED January 13, 2010

_____
The Hon. Jeffrey S. White
United States District Judge