IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**, a non-profit membership organization, on behalf of itself and on behalf of its members,

Plaintiff,

vs.

**BAYER CORPORATION, BAYER HEALTHCARE LLC, and DOES 1-10**,

Defendants.

No.     C 09-05379-JSW

~~(PROPOSED)~~ ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS AND RESETTING CASE MANAGEMENT CONFERENCE

The parties having stipulated to resetting the Case Management Conference currently set for May 7, 2010, and to modifying the briefing schedule on Defendants' motion to dismiss Plaintiff's Second Amended Complaint, the Court **ORDERS** as follows:

1. Defendants shall file their Motion to Dismiss by May 14, 2010.

2. Plaintiff shall file its opposition to the Motion to Dismiss by June 11, 2010.

3. Defendants shall file their reply brief by June 25, 2010.

4. The hearing on the Motion to Dismiss is set for 9:00 a.m. on July 9, 2010.

5. The Case Management Conference set for May 7, 2010 shall accordingly be reset for _____August 27, 2010_____ at 1:30 p.m. and the parties shall file a joint case management statement five court days prior thereto.

**IT IS SO ORDERED.**

DATED: April 29, 2010.

_____
THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE