| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**, a non-profit membership organization, on behalf of itself and on behalf of its members,

Plaintiff,

vs.

**BAYER CORPORATION, BAYER HEALTHCARE LLC, and DOES 1-10**,

Defendants.

No.     C 09-05379-JSW

~~(PROPOSED)~~ ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS

The parties having stipulated modifying the briefing schedule on Defendants' motion to dismiss Plaintiff's Second Amended Complaint, the Court **ORDERS** as follows:

1. Plaintiff shall file its opposition to Defendants' Motion to Dismiss Second Amended Complaint by June 7, 2010.

2. Defendants shall file their reply brief by June 21, 2010.

**IT IS SO ORDERED.**

DATED: May __18__, 2010.

_____
THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE